UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X

EMURSIVE LLC,

Plaintiff,

-against-

27th STREET PROPERTY OWNER LLC; CENTAUR PROPERTIES, LLC; HARLAN BERGER; and MATTHEW KWATINETZ,

Defendants.

----------------------------------------------------------- X

26-CV-7495 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 24, 2026, the Parties appeared for a status conference.

IT IS HEREBY ORDERED that Defendants must, in accordance with Federal Rule of Civil Procedure 11, serve on Plaintiff their motion for sanctions, if any, no later than **Friday, October 16, 2026**.

IT IS FURTHER ORDERED that Defendants must, if necessary after serving their proposed Rule 11 motion on Plaintiff, file their Rule 11 motion with the Court no later than **Friday, November 13, 2026**. Plaintiff's opposition is due **Friday, December 11, 2026**. Defendants' reply is due on **Wednesday, January 6, 2027**.

IT IS FURTHER ORDERED that Defendants' time to move or answer in response to the Complaint is stayed pending resolution of Defendants' anticipated Rule 11 motion.

IT IS FURTHER ORDERED that counsel are admonished to conduct themselves professionally and cordially moving forward in this matter and any other in which they appear

before this Court. Further unprofessional conduct unbecoming of a lawyer admitted to the bar of this Court may result in sanctions, up to and including sanctions against counsel personally appearing in this matter.

**SO ORDERED.**

**Date: September 24, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**