UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| EMURSIVE LLC,<br><br>Plaintiff,<br><br>-against-<br><br>27th STREET PROPERTY OWNER LLC; CENTAUR PROPERTIES, LLC; HARLAN BERGER; and MATTHEW KWATINETZ,<br><br>Defendants. | : | 26-CV-7495 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 11, 2026, Plaintiff moved to amend its Complaint (the "Motion").

IT IS HEREBY ORDERED that Defendants must file any opposition to the motion, via letter filed on ECF, not later than **Tuesday, December 1, 2026**.

**SO ORDERED.**

Valerie Caproni

**Date: November 24, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**